1    Michael J. Desmond, Bar No. 172398
2    Email:  Michael@desmondtaxlaw.com
     THE LAW OFFICES OF MICHAEL J. DESMOND, APC
3    233 E. Carrillo Street, Suite A
4    Santa Barbara, CA  93101
5    Telephone:  (805) 618-1862
     Facsimile:  (805) 617-0291
6
7    Attorney for Plaintiff
8
9                    IN THE UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11
12   BLUE WATER CAPITAL                    Case No.: 2:12-CV-2524
13   MANAGEMENT, LLC, by and through       **ORDER OF VOLUNTARY**
14   its Tax Matters Partner 1011 Partners        **DISMISSAL**
     LLC,
15
16                Plaintiff,
17                   vs.
18
19   UNITED STATES OF AMERICA,
20                Defendant.
21

22        Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the
23   Stipulation of the Parties, it is ORDERED that this case be DISMISSED with
24   prejudice.  It is further ORDERED that the dismissal shall be considered as the
25   Court's decision that the notice of final partnership administrative adjustment
26   dated December 27, 2011 that is at issue in the case is correct except to the extent
27
28

                       ORDER OF VOLUNTARY DISMISSAL
                                    1

that accuracy-related penalties under 26 U.S.C. § 6662 have been resolved through a settlement agreement reached on July 13, 2016.

Dated:     __July 18, 2016_____          _____

HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRAT

ORDER OF VOLUNTARY DISMISSAL
2